This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**
**HUMAN SERVICES DEP'T,**
**and MARY HORAN-STEPHENSON,**

Petitioners-Appellees,

v.                                                     **NO.  33,541**

**SEAN KINDRED,**

Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Deborah D. Walker, District Judge**

Catherine Anne Cameron
Rio Rancho, NM

for Appellee Human Services Dep't of California

Armand T. Carian
Albuquerque, NM

for Appellee Mary Horan Stephenson

Law Offices of Lynda Latta, LLC
Lynda Latta
Kymberleigh G. Dougherty

Albuquerque, NM

for Respondent-Appellant

### MEMORANDUM OPINION

**HANISEE, Judge.**

{1}     Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary reversal has been filed, and the time for doing so has expired.

{2}     **REVERSED.**

{3}     **IT IS SO ORDERED.**

_____
**J. MILES HANISEE, Judge**

**WE CONCUR:**

_____
**JONATHAN B. SUTIN, Judge**

_____
**TIMOTHY L. GARCIA, Judge**